AO 91 (Rev. 02/09) Criminal Complaint

FILED
HARRISBURG, PA

JAN 27 2021

PER _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America )
v. )
KENELM SHIRK III ) Case No. 1:21-MJ-012
)
)

Defendant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  01/21/2021  in the county of   Franklin   in the   Middle   District of
 Pennsylvania  , the defendant violated   18   U. S. C. §   115(a)(1)(B)  
, an offense described as follows:

Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member.

This criminal complaint is based on these facts:

I, Bruce C. Doupe Jr being duly sworn, do hereby depose and state as follows:
continued on attached statement of facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

BRUCE C. DOUPE Jr, SPECIAL AGENT/FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 1/27/2021

s/ Martin C. Carlson
Judge's signature

City and state:   Harrisburg, PA    MARTIN C. CARLSON, U.S. MAGISTRATE JUDGE
Printed name and title