UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:21-MJ-012 |
| v. | : | (Judge Carlson) |
| KENELM SHIRK,<br>Defendant. | : | (UNDER SEAL) |

## MOTION TO WITHDRAW WRIT

AND NOW, the United States of America, by its undersigned counsel, submits the following Motion to Withdraw the Writ previously entered by this Honorable Court by averring the following:

1. On January 27, 2021, this Honorable Court approved a Criminal Complaint and Warrant in the above captioned matter.

2. The defendant was previously arrested by the Pennsylvania State Police in connection to this matter on January 22, 2021.

3. The defendant is currently being held without bail on charges in the Court of Common Pleas.

4. The defendant is scheduled for a preliminary hearing on Tuesday, February 2, 2021.

5. On January 28, 2021, this Honorable Court issued a Writ in this matter.

6. The Government is in the process to further reviewing the matter for appropriate processing as well as preparation.

WHEREFORE, the Government respectfully requests and order of this Honorable Court withdrawing the Writ issued in this matter.

Respectfully submitted,

BRUCE D. BRANDLER
Acting United States Attorney

BY: s/ Jaime M. Keating
JAIME M. KEATING
Assistant U.S. Attorney
PA-66726
Jaime.keating@usdoj.gov
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108
Phone: (717) 221-4482
Fax: (717) 221-4493