UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : Docket No: 21-CR-017
: 
v. : Judge Wilson
:
KENELM SHIRK, :
    Defendant :

# INDICTMENT

THE GRAND JURY CHARGES:

### Count 1

#### Threatening to Murder a United States Official

On or about January 21 and 22, 2021, in the Middle District of Pennsylvania, the defendant,

KENELM SHIRK,

did threaten to murder "Democratic United States Senators" with the intent to impede and/or to retaliate against them on account of the performance of their official duties.

In violation of Title 18 U.S.C. § 115 (a)(1)(B).

BRUCE D. BRANDLER
ACTING UNITED STATES ATTORNEY

*[signature]*
By: Jaime M. Keating
Assistant United States Attorney

A TRUE BILL: 

*[signature]*
Grand Jury Foreperson

02/03/2021
Date