AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Pennsylvania

United States of America      )
     v.      )
     KENELM SHIRK III      )    Case No.    1:21-MJ-0012
     )      21-cr-17
     )
     )
_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KENELM SHIRK III                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
   Threatening to Murder a United States Official 18 USC Section 115(a)(1)(B)

RECEIVED
USMS MIDDLE/PA
2021 JAN 28 PM 2:02
HARRISBURG, PA

Date:    01/27/2021                                 s/Rashelle Weida
                                           *Issuing officer's signature*

City and state:    Harrisburg, PA                        Rashelle Weida, Deputy Clerk
                                               *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/28/21 , and the person was arrested on *(date)* 2/9/21 |
| at *(city and state)* Chambersburg, PA . |
| Date: 2/10/21      FILED HARRISBURG, PA FEB 2 4 2021      *Arresting officer's signature* |
|      Michael Tancer, DUSM *Printed name and title* |

PER _____ 
DEPUTY CLERK