# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:20-CR-0017 |
| | : | |
| v. | : | |
| | : | |
| KENELM SHIRK, III | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 10th day of January, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The motion to suppress evidence is **DENIED** with respect to evidence seized from Shirk's vehicle.

2. The motion to suppress evidence is **DENIED** with respect to statements and physical evidence obtained by Chambersburg Hospital personnel.

3. The motion to suppress evidence is **GRANTED** with respect to Shirk's statements to FBI Special Agent Doupe.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania