

**WellSpan Health**

Chambersburg Hospital CH
112 N 7th St
Chambersburg PA 17201-1720

Shirk, Kenelm L III
MRN: 007109600, DOB: _/1949, Sex: M
Acct #: 54491771
Adm: 1/21/2021, D/C: 1/22/2021

## 01/21/2021 - ED in Chambersburg Hospital ED (continued)

**ED Care Timeline (continued)**

| Time | Event | Details | Provider |
|---|---|---|---|
| 22:54 | Vital Signs | **Vital Signs**<br>Heart Rate: 94<br>Heart Rate Source: Monitor<br>Resp: 18<br>BP: 196/96<br>BP Location: Left arm<br>BP Method: Automatic<br>Patient Position: Sitting<br>**Oxygen Therapy**<br>SpO2: 98 %<br>Pulse Oximetry Type: Intermittent<br>Oxygen Therapy: None (Room air)<br>**Vitals Timer**<br>Restart Vitals Timer: Yes<br>Restart Vitals Timer: Yes | Tritle, Tisheena |
| 22:59:07 | **Suicide Alert Completed** | | Chamberlain, Michaela, RN |
| 22:59:07 | **ED Suicide Screen** | | Chamberlain, Michaela, RN |
| 23:00 | **ED Notes** | Nurse at bedside having continued discussion with patient with DO present at bedside. Patient reported to RN that he was traveling this evening to alexandria VA and "left early" to drop off birthday presents for his granddaughters 3rd birthday. Patient states he was also planning to "take his weapon, to his sons to show it to him".<br><br>Patient states he always travels with a 380 and 22 - patient states all weapons were in vehicle with him. Patient reports he had list of "democrats he was planning on killing", states he had to be in VA by 0400 am, states "this is when these people are waking up in the morning", "they need to beat DC traffic". States plans to harm them at their homes prior to leaving for work in the morning.<br><br>Patient stated information with Flat affect, remains calm and cooperative with Staff. | Chamberlain, Michaela, RN |
| 23:00 | **Collect CBC auto differential - Once Completed** | CBC auto differential - Once - Type: **Blood** ; Source: **Blood, Venous** | Puchalo, Stacy D |
| 23:00 | **Collect Comprehensive metabolic panel - STAT Completed** | Comprehensive metabolic panel - STAT - Type: **Blood** ; Source: **Blood, Venous** | Puchalo, Stacy D |
| 23:00 | **Collect Ethanol - STAT Completed** | Ethanol - STAT - Type: **Blood** ; Source: **Blood, Venous** | Puchalo, Stacy D |
| 23:00 | **Specimens Collected** | Comprehensive metabolic panel - STAT - ID: **21CH-021C0994** Type: **Blood** Ethanol - STAT - ID: **21CH-021C0993** Type: **Blood** CBC auto differential - Once - ID: **21CH-021H0396** Type: **Blood** | Puchalo, Stacy D |
| 23:00:25 | **Print Label for CBC auto differential - Once Completed** | CBC auto differential - Once - Type: **Blood** ; Source: **Blood, Venous** | Tritle, Tisheena |

EXHIBIT 1



**WellSpan Health**

Chambersburg Hospital CH
112 N 7th St
Chambersburg PA 17201-1720

Shirk, Kenelm L III
MRN: 007109600, DOB:       /1949, Sex: M
Acct #: 54491771
Adm: 1/21/2021, D/C: 1/22/2021

## 01/21/2021 - ED in Chambersburg Hospital ED (continued)

### ED Care Timeline (continued)

| Time | Event | Details | User |
|---|---|---|---|
| 23:38:06 | Orders Acknowledged | New - CBC and differential - STAT ; Vital signs Q4H SCH - ; Comprehensive metabolic panel - STAT ; Ethanol - STAT ; Toxicology screen, urine - Urine, Clean Catch ; Urinalysis, Culture if Indicated - Urine, Clean Catch | Furry, Autumn, RN |
| 23:45 | ED Notes Addendum | While completing patients triage in questions pertaining to medication list and past medical history patient stated he had a detailed list in his briefcase. Patient gave this writer permission to obtain list from his bag. This writer along with security searched patients briefcase. Medication/PMH list was found. While searching patients bag a large amount of money was found. This was counted with Megan RN and security officer Nick Jacoby. Amount consisted of 32-$1 2-$20 81-$50 1-$100. Two magazines containing 16 rounds total for a 380 were found in briefcase as well. Both of these were given to security and locked in locker. A small white note card was found in briefcase with a detailed list of birthday gifts were listed and on the back on the note card a "list" was found. This list included: guns, amio, rope, tools, meds and magazine. All of the belongings but the magazines and money were placed back into patients bag. Medications were found that are prescribed to patient. | Furry, Autumn, RN |
| 23:46:50 | Orders Placed | dronedarone (Multaq) tablet 400 mg ; amLODIPine (NORVASC) tablet 10 mg ; valACYclovir (VALTREX) tablet 500 mg | Kipe, Brian, MD |
| 23:47:29 | Orders Placed | traMADoL (ULTRAM) tablet 100 mg | Kipe, Brian, MD |
| 23:51:06 | Home Medications Reviewed | | Furry, Autumn, RN |
| 23:51:41 | ED Notes | Spoke with patient who states he was driving to see his granddaughter tonight and was pulled over by police due to his wife filing a 302. Patient asked if there would be a reason she would have made a 302 and he denies any reason this would be. Patient asked if he had SI and denies currently. Asked about HI and states "Yea I would kill my wife but right now maybe not"<br><br>Spoke with crisis staff who states wife would like called with updates on patient. States wife did tell crisis he bought a new car to carry out his plan tonight due to this new car would go faster. Also wife stated patient told her he was going to drop gifts off to his granddaughter tonight in VA and then drive to the senators' house to kill them tonight and he would not be home tonight after this is done. Wife then called crisis staff to file 302.<br><br>Wife Marcia Chamberlain 717-553-3434 | Furry, Autumn, RN |
| 1/22/2021 | Event | Details | User |



Chambersburg Hospital CH
112 N 7th St
Chambersburg PA 17201-1720

Shirk, Kenelm L III
MRN: 007109600, DOB: /1949, Sex: M
Acct #: 54491771
Adm: 1/21/2021, D/C: 1/22/2021

## 01/21/2021 - ED in Chambersburg Hospital ED (continued)

### ED Care Timeline (continued)

| Time | Category | Details | User |
|---|---|---|---|
| 03:00 | Custom Formula Data | **MEWS SCORE**<br>MEWS Change: 0<br>MEWS Average (24hrs): 1<br>MEWS Min (24hrs): 1<br>MEWS Max (24hrs): 1<br>MEWS Range (24hrs): 1 - 1 | Ip, Background User |
| 03:01 | Early Warning Scores | **Predictive Model Scores**<br>Sepsis Score: 1.4 | Ip, Background User |
| 03:04 | Quick Updates | **Quick Updates**<br>Observation: Direct observation<br>Comments: Patient resting in chair. Security also outside of room. | Herb, Keri L, RN |
| 03:16 | Early Warning Scores | **Predictive Model Scores**<br>Sepsis Score: 1.4 | Ip, Background User |
| 03:31 | Early Warning Scores | **Predictive Model Scores**<br>Sepsis Score: 1.4 | Ip, Background User |
| 03:46 | Early Warning Scores | **Predictive Model Scores**<br>Sepsis Score: 1.4 | Ip, Background User |
| 04:01 | MEWS SCORE | **MEWS SCORE**<br>MEWS SCORE: 1 | Ip, Background User |
| 04:01 | Custom Formula Data | **MEWS SCORE**<br>MEWS Change: 0<br>MEWS Average (24hrs): 1<br>MEWS Min (24hrs): 1<br>MEWS Max (24hrs): 1<br>MEWS Range (24hrs): 1 - 1 | Ip, Background User |
| 04:01 | Early Warning Scores | **Predictive Model Scores**<br>Sepsis Score: 1.4 | Ip, Background User |
| 04:02 | Workload Acuity Scores | **Workload Acuity Scores**<br>Total Workload Acuity Score: 18.13 | Ip, Background User |
| 04:16 | Early Warning Scores | **Predictive Model Scores**<br>Sepsis Score: 1.4 | Ip, Background User |
| 04:18 | ED Notes | FBI arrived @ hospital to speak with patient about the concerns that have been reported tonight. FBI was escorted to patients room to speak and interview patient. | Furry, Autumn, RN |
| 04:19 | Vitals Reassessment | **Vitals Timer**<br>Restart Vitals Timer: Yes<br>Restart Vitals Timer: Yes | Herb, Keri L, RN |