## KENELM L. SHIRK, III

EPHRATA, PA 17522

Work: (717)
Fax: (717)
Email: ]          @ephratalaw.com

### BAR MEMBERSHIP

Member of Lancaster and Pennsylvania Bar Associations: 1976 - present

Member of American Bar Association 1976 - 2016

Admitted to practice before all courts in the Commonwealth of
    Pennsylvania, Federal District Court for the Eastern District
    of Pennsylvania, United States Court of Appeals for the Third
    Circuit, Supreme Court of the United States of America

### FORMAL EDUCATION

Washington & Lee University, BA: 1971

Dickinson School of Law (Pennsylvania State University), JD: 1974

### LEGAL CLERKSHIP

Law Clerk to the Hon. Glenn E. Mencer, former Judge on the
    Commonwealth Court of Pennsylvania: 1975 - 1976 [1]

Clerk-Researcher-Draftman for Commonwealth of Pennsylvania General Assembly
    Legislative Reference Bureau: 1974

1



## EMPLOYMENT

**Law Related:**

Associate attorney: Shirk, Reist & Buckwalter (Shirk, Reist & Posey): 1976 - 1980

Partner and Managing Partner of Ephrata Branch: Shirk, Reist & Posey and successor firms: 1980 - 1991

Partner and Managing Partner: Kenelm L. Shirk, III Law Offices, Shirk & Ermolovich, LLP, Shirk & Mejia, LLP: 1991 - 2016

Sole Proprietor: Shirk Law Associates: 2016 - Present

Pennsylvania Licensed Title Insurance Agent: USLIFE Title Insurance Company of New York: 1980 - 1986

Pennsylvania Licensed Title Insurance Agent: Commonwealth Land Title Insurance Agency (Land America): 1986 - 2012

Commonwealth of Pennsylvania: Notary Public: 1993 - Present

**Other:**

Member-Ephrata Regional Advisory Board Farmers First Bank
    (Susquehanna Bancshares, Inc.): 1979 - 2002 (Board Dissolved)
    Assistant Secretary: 1984 - 1990
    Secretary: 1990 - 2002
    Lancaster County Eastern Advisory Board, Farmers First Bank   (Susquehanna Bancshares, Inc.): 2002 - 2004 (Board Dissolved)

## BUSINESS, PROFESSIONAL AND SERVICE ORGANIZATIONS

**Pennsylvania State Association of Township Supervisors:**

    Member: 1980's - Present

**Pennsylvania State Association of Township Solicitors:**

    Member: 1990's - Present

**FEMA IS-00700 Certified 2008**

**Pennsylvania State Association of Boroughs:**

    Member: 1990's - Present

**Pennsylvania Bar Association:**

    Member-Municipal Law Section: 1980 - Present

    Member-Labor & Employment Law Section: 1990* - Present

    Member-Real Property Probate and Trust Law Section:1980 - Present

    Member-Business Law Section: 1990* - Present

    Member-Tax Law Section: 1996* - Present

    Member-Solo and Small Firm Practice Section: 1996* - Present

    Member-Land Title Committee: 1984 - 1994

    Member-Special Committee on Notaries: 1983 - 1986

    Member-Municipal and District Justice Court Committee: 1984 - 1991

**Ephrata Area Chamber of Commerce:**

    Member: 1976 - Present

    Board of Directors: 1981 - 1984

    President: 1982

    First Vice President: 1981

    Second Vice President: 1980

    State Counselor: 1983

**Ephrata Downtown Revitalization (Economic Development Board):**

    Member of Board of Directors: 1989 - 1992

    President: 1990

3

Vice President: 1991, 1989

**Downtown Ephrata, Inc.:**

Committee Member: 2003 - 2007

Chair, Zoning Subcommittee: 2003 - 2007

**Lancaster Bar Association:**

Member-Municipal Law Committee: 1990* - Present

Fee Arbitration Panelist: 1989 - Present

Member - Elder Law Committee

Member-Delivery of Legal Services Committee (Lawyer Referral Service): 1980 - 1989

Member-Continuing Legal Education Committee: 1979 - 1983

President-Young Lawyers Section: 1980

Delegate to Pennsylvania Bar Association-Young Lawyers Division: 1979 - 1980

Zone Chairperson to Young Lawyers Section: 1981

Member-Unauthorized Practice Committee:   2008 - 2012

**American Bar Association:**

Member-State & Local Government Law Section: 1990* - Present

Member-Natural Resources-Energy & Env. Section: 1990* - Present

Member-Construction Industry Section: 1990* - Present

Member-Real Property Probate & Trust Law Section: 1990* - Present

Member-Section on Taxation Section: 1990* - Present
    Subcommittee Member-Exempt Organizations
    Subcommittee Member-Estate & Gift Taxes
    Subcommittee Member-Fiduciary Income Tax

Member-Law Practice Management Section: 1990* - Present

4

**Ephrata Lions Club:**

    Member: 1977 - Present

    Chair-Program Committee: 1980 - 1983

    Membership Committee: 1984 - 1985

    Chair-Special Programs Committee: 1990 - Present

**Board of Directors of Lancaster County Private Industry Council:**

    Member: 1983 - 1989

    Purchasing Committee Member: 1984 - 1989

    Purchasing Committee Chairperson: 1985 - 1989

**Pennsylvania Bar Association--Professional Liability Insurance Committee:**

    Member: 1978 - 1989

    Vice Chair: 1981 - 1989

**Pennsylvania Bar Association--Young Lawyers Division:**

    Member: 1975 - 1988

    Treasurer: 1982

    Chair-By-Laws Committee: 1983 - 1985

    Chair-Credentials Committee: 1983 - 1985

    Parliamentarian: 1983 - 1985

    Member-Delivery of Legal Services Committee: 1983 - 1985

    Member-Practicum Committee: 1982 - 1985

    Member-Economics of Law Practice Committee: 1982 - 1985

**Kellers Cemetery of Springville:**

    Board of Directors: 2000 - Present
    President: 2006 - Present

**Other:**

    **St. Peters Evangelical Lutheran Church:**
        2010- Present - Regularly Attending Member
        Chair: Business Persons Breakfast Committee
        Member: Constitution and ByLaws Committee
        Active Participation in various fund raising events

    **American Planning Association:**
        Pennsylvania Chapter:   2005* - Present

    **Blackstonian Club:**
        Member: 1977 - 2000 (Dissolved)

    **BPOE Ephrata Lodge:**
        Member: 1978 - Present

    **Ephrata Public Library:**
        Planned Giving Committee: 2000 - 2003

    **Westpointe Ridge Condominium Association:**
        Board of Directors: 2005 - 2006

    **Commonwealth Court Historical Society:**
        Member:   2009 - Present

**Representative Law Clients:**

    Akron Borough Council
    Bart Township Board of Supervisors
    Georgetown Area Sewer Authority
    Blue Lake Builders, LLC
    Carlyle Group, Inc.
    Nolt Oil Co.
    Nolt Auto Co.
    Petra Christian Fellowship
    Redcay Development Companies
    Steffy Concrete, Inc.
    Weber Bros. Auto

        **Financial and additional personal references available upon request**